*Lee F. Bays* and *Samuel M. Emison,* for appellant.

*Lindley & Bedwell, Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, William H. Bridwell* and *G. W. Buff,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## CROSS *v.* GRAHAM.

[No. 12,677.   Filed January 28, 1927.]

From Hancock Circuit Court; *Arthur C. VanDuyn,* Judge.

Action between Charles M. Cross and Lou E. Graham.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Clarke & Clarke,* for appellant.

*Earl R. Conder, William A. Pickens, Linton A. Cox, William D. Bain* and *Thomas Harvey Cox,* for appellee.

PER CURIAM.—In this case, the entire record has been examined and each of the alleged errors of which appellant complains has been considered.   Our examination of the record herein satisfies us that there was no reasonable ground for this appeal, and that the same was taken simply for delay.

The judgment is therefore affirmed with ten per cent. penalty.

---

## GILLOW ET AL. *v.* DIR ET AL.

[No. 12,517.   Filed November 4, 1926.   Rehearing denied February 3, 1927.]

From Starke Circuit Court; *William C. Pentecost,* Judge.

Action between Margaret W. Gillow and others and William H. Dir and others.   From the judgment rendered, the former appeal.   *Affirmed.*   By the court in banc.

*Oscar B. Smith,* for appellants.
*William J. Reed,* for appellees.

PER CURIAM.—Judgment affirmed.